

NUMBER 13-18-00058-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GORDON DEAN HALEY, ANTON SCOTT HALEY,
GORDON DEAN HALEY AS INDEPENDENT
CO-EXECUTOR OF THE ESTATE OF
MARGARET L. HALEY, AND ANTON SCOTT HALEY
AS INDEPENDENT CO-EXECUTOR OF THE
ESTATE OF MARGARET L. HALEY,                    Appellants,

v.

BENEFICIAL FINANCIAL I INC.,
SUCCESSOR BY MERGER TO BENEFICIAL TEXAS, INC.,        Appellee.

On Appeal from the 94th District Court
of Nueces County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes**
**Order Per Curiam**

Appellant Gordon Dean Haley and others perfected an appeal from a summary judgment rendered in trial court cause number 2015DCV-1306-C in the 94th District Court of Nueces county, Texas. Appellant Haley has now filed a motion for emergency relief, temporary restraining order, and stay of execution pending appeal. He requests that we stay the writ of execution and possession issued in the underlying case pending resolution of this appeal.

The Court, having examined and fully considered this motion, is of the opinion that it should be granted pending receipt and review of a response filed by appellee, Beneficial Financial I Inc., Successor by Merger to Beneficial Texas, Inc. Accordingly, we order the Writ of Possession and Writ of Execution, and all other post-judgment proceedings, to be stayed pending further order of this Court. We request appellee to file a response to appellant's motion for temporary relief, temporary restraining order, and stay of execution within seven days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of March, 2019.